

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00475-CV

ESTATE OF MARY LAVERNE
BOORTZ, DECEASED

----------

FROM THE COUNTY COURT AT LAW OF HOOD COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Mary Denise Langwell attempts to appeal the trial court's July 25, 2011 order removing her as independent executrix of the Estate of Mary Laverne Boortz. Appellant timely filed a request for findings of fact and conclusions of law, extending the deadline for filing the notice of appeal until October 24, 2011. *See* Tex. R. App. P. 26.1(a)(4); Tex. R. Civ. P. 306c. But appellant did not file a notice of appeal until November 14, 2011, and there is no

---

[1]*See* Tex. R. App. P. 47.4.

evidence that she mailed her notice of appeal during the time for filing a motion to extend.  *See* Tex. R. App. P. 9.2(b), 26.3.

On November 17, 2011, we sent appellant a letter expressing our concern that we lack jurisdiction because the notice of appeal was untimely filed.  *See* Tex. R. App. P. 25.1(b), 26.1; *Crites v. Collins,* 284 S.W.3d 839, 840 (Tex. 2009) (indicating that the timely filing of a notice of appeal under rule 26.1 is jurisdictional).  We informed appellant that unless she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal, this appeal would be dismissed for want of jurisdiction.  Appellant filed a response, but it does not show grounds for continuing the appeal.

Because appellant's notice of appeal was untimely, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).


PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  December 22, 2011